UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RYAN BROWN,

        Petitioner,                         Case No. 13-cv-11367
                                            Hon. Matthew F. Leitman

v.

KEN ROMANOWSKI,

        Respondent.

_____/

## ORDER DENYING PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL (ECF #16)

On July 1, 2015, this Court denied Petitioner Ryan Brown ("Brown") a writ of habeas corpus.  (*See* ECF #13.)  The Court, however, did grant Brown a limited certificate of appealability and permission to proceed *in forma pauperis* on appeal. (*See id.* at 33-35, Pg. ID 881-883.)

Brown filed a Notice of Appeal with this Court on July 14, 2015.  (*See* ECF #16.)  He has also filed a motion with this Court requesting that the Court appoint him counsel on appeal.  (*See id.*)  However, "Petitioner's notice of appeal divests this Court of jurisdiction to consider his motion for the appointment of appellate counsel." *Wagner v. Smith*, No. 06-10514, 2007 WL 3124659, at *2 (E.D. Mich. Oct. 25, 2007); *see also Allen v. Howes*, No. 05-10304, 2009 WL 1033319, at *1 (E.D. Mich. Apr. 16, 2009) (same).  "Therefore, only the United States Court of

2:13-cv-11367-MFL-CEB   Doc # 18   Filed 07/17/15   Pg 2 of 2   Pg ID 890

Appeals for the Sixth Circuit has the authority to appoint counsel to represent the

[P]etitioner on appeal." *Allen* at *1.

Accordingly, **IT IS HEREBY ORDERED** that Petitioner's motion for the

appointment of appellate counsel (ECF #16) is **DENIED**.


s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  July 17, 2015

I hereby certify that a copy of the foregoing document was served upon the parties
and/or counsel of record on July 17, 2015, by electronic means and/or ordinary
mail.


s/Holly A. Monda
Case Manager
(313) 234-5113